**FILED**
May 23, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | Case No. 2:11-cr-00520-WBS |
| Plaintiff,                                        ) | |
| v.                                                      ) | |
| ) | ORDER FOR RELEASE OF |
| WILLIE ELLIS,                                ) | PERSON IN CUSTODY |
| Defendant.                                 ) | |
| ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release WILLIE ELLIS, Case No. 2:11-cr-00520-WBS from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__   Release on Personal Recognizance

____   Bail Posted in the Sum of: $

 ____   Co-Signed Unsecured Appearance Bond

 ____   Secured Appearance Bond

__X__   (Other) Conditions as stated on the record.

____(Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  5/23/2012  at  3:10 pm

By _____
Edmund F. Brennan
United States Magistrate Judge