JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
Angeles Zaragoza, Bar #270198
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WILLIE ELLIS

**FILED**

JAN - 2 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>        v.                        )<br>                                  )<br> WILLIE ELLIS,                    )<br>                                  )<br>            Defendant.            )<br>_____) | CR-11-00520-WBS<br><br>(PROPOSED) ORDER TO REVOKE RELEASE PENDING SUPERVISED RELEASE VIOLATION DISPOSITION HEARING<br><br>Judge: Allison Claire |

    In consideration of the Defendant's Motion to Revoke Release Pending Supervised Release Violation Disposition Hearing, it is hereby, ORDERED,

    That the Defendant's previously ordered release is revoked pending his supervised release violation disposition hearing scheduled for January 28, 2013; and it is further, ORDERED,

DATE: 1/7/13    _____
                The Honorable Allison Claire
                United States Magistrate Judge

3